# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BKWSPOKANE LLC,<br>*Plaintiff*<br>v.<br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Bank of Whitman<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-CV-0521-TOR |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 67, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 63, is DENIED. Judgment is entered in favor of Defendant. Plaintiff BKWSPOKANE shall remit to Defendant FDIC attorney fees and costs in the amount of $380,478.95. Interest shall accrue at the rate of 0.11%

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on motions for Summary Judgment (ECF Nos. 63 and 67) and motions for Attorney Fees and Costs (ECF Nos. 144 and 149).

Date: June 17, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen